UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL C. ROWE,

          Plaintiff,

v.

SHERIFF TY TRENARY, *et al*.,

          Defendants.

Case No. C17-0805-RAJ-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's request for an extension of time to file his amended complaint (Dkt. 10) is STRICKEN as moot. Plaintiff's amended complaint was due not later than July 10, 2017, and his amended pleading was, in fact, received on that date. As plaintiff's amended complaint was timely filed, his request for additional time is unnecessary.

Plaintiff's requests for copies of individual rules that this Court or Judge Jones may require him to follow, and for copies of the local rules, are DENIED. To the extent plaintiff seeks copies of rules of individual judges, plaintiff is advised that such information will be provided to him, as a matter of course, as this action proceeds. To the extent plaintiff seeks copies of the Local Rules

MINUTE ORDER - 1

of this Court, plaintiff is advised that the Court does not provide courtesy copies of the rules, but those rules should be available to him at the facility where he is currently confined.

DATED this 4th day of August, 2017.

WILLIAM McCOOL, Clerk

By s/ Rhonda Stiles
Deputy Clerk

MINUTE ORDER - 2