UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL C. ROWE,

        Plaintiff,

v.

SHERIFF TY TRENARY, *et al.*,

        Defendants.

Case No. C17-0805-RAJ

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)    The Report and Recommendation is approved and adopted;

(2)    Plaintiff's amended complaint (Dkt. 11) and this action are DISMISSED, without prejudice, as to defendants Ty Trenary, J. Tayler, John Doe Correctional Officers, John Doe Medical Administrator, and the John Doe Bothell Police Department employee, for failure of plaintiff to adequately allege any claim upon which relief may be granted in this civil rights action. *See* 28 U.S.C. § 1915(e)(2)(B)(ii);

(3)    Plaintiff's amended complaint is dismissed with prejudice as to defendants Sonya

Kraski and the John Doe Clerk's Office employee as those defendants are immune from liability in this civil rights action. *See* 28 U.S.C. § 1915(e)(2)(B)(iii);

(4) Judge Theiler shall issue a service order directing service of plaintiff's amended complaint on defendant Bothell Police Officer Briels; and

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 20th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 2