UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL C. ROWE,<br><br>         Plaintiff,<br><br>  v.<br><br>SHERIFF TY TRENARY, *et al.*,<br><br>         Defendants. | Case No. C17-0805-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

  The Court, having reviewed plaintiff's amended complaint, defendant's motion for summary judgment, plaintiff's cross-motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

  (1) The Report and Recommendation is approved and adopted;

  (2) Defendant's motion for summary judgment (Dkt. 26) is GRANTED, and plaintiff's cross-motion for summary judgment (Dkt. 30) is DENIED;

  (3) Plaintiff's amended complaint (Dkt. 11) and this action are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to Judge Theiler.

DATED this 31st day of October, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2